**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 22, 2020.**



In The

# Fourteenth Court of Appeals

———

## NO. 14-20-00525-CV

———

### IN RE M.R.M., Relator

| |
|---|
| **ORIGINAL PROCEEDING**<br>**WRIT OF MANDAMUS**<br>**246th District Court**<br>**Harris County, Texas**<br>**Trial Court Cause No. 2020-08920** |

## MEMORANDUM OPINION

On July 27, 2020, relator M.R.M. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Angela Graves Harrington, presiding judge of the 246th District Court of Harris County, to set aside her July 23, 2020 temporary orders directing M.R.M. to pay interim attorney's fees to real

party in interest's counsel in the underlying suit affecting the parent-child relationship.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Our stayed entered on July 28, 2020 is lifted.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Zimmerer and Poissant.